Filed
D.C. Superior Court
05/28/2019 12:38PM
Clerk of the Court

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **HAZEL BROWN**<br>6320 South Kings Highway<br>Unit 201<br>Alexandria, VA 22306<br><br>        Plaintiff,<br><br>    v.<br><br>**WASHINGTON METROPOLITAN AREA**<br>**TRANSIT AUTHORITY**<br>**SERVE:**<br>    General Counsel,<br>    Patricia Y. Lee, Esquire<br>    600 5th Street, N.W.<br>    Washington, D.C. 20001<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 2019 CA 003527 V<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### COMPLAINT

COMES NOW the Plaintiff Hazel Brown, by and through her attorneys, Joseph Cammarata, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully states as follows:

### COUNT I
#### (Negligence – Personal Injury)

1.    This Court has jurisdiction over the within cause of action pursuant to the Washington Metropolitan Area Transit Regional Compact, D.C. Code § 9-1107.01 (2019), which provides that the Washington Metropolitan Area Transit Authority (hereinafter "WMATA") is liable for its torts and those of its directors, officers, employees, and agents, see id. art. XVI, §

EXHIBIT A

80, and which establishes original jurisdiction in this Court over actions brought against WMATA under the Compact, see id. art. XVI, § 81; D.C. Code § 9-1107.10 (2019).

2.     On or about July 18, 2018, at approximately 3:30 p.m., Plaintiff Hazel Brown was operating a motor vehicle proceeding northbound on Richmond Highway, at or near its intersection with Mohawk Lane, in Fairfax County, Virginia.

3.     At said time and place, Ebony Alexander was operating a Metrobus owned by Defendant Washington Metropolitan Transit Area Authority, with the express permission and consent of Defendant WMATA, and/or as the agent, servant and/or employee of Defendant WMATA, acting within the course and scope of his employment. At said time and place, the driver of the Metrobus, Ebony Alexander, was proceeding northbound on Richmond Highway directly behind the Plaintiff's vehicle, at or near its intersection with Mohawk Lane, in Fairfax County, Virginia.

4.     At said time and place, Defendant WMATA's agent, servant, and/or employee, Ebony Alexander, negligently operated the Metrobus in such a manner as to cause it to strike the rear of the Plaintiff's vehicle, which was lawfully and properly stopped on said roadway behind a stopped vehicle.

5.     Defendant WMATA, acting by and through its agent, servant, and/or employee, Ebony Alexander, owed a continuing duty to operate its vehicle in a reasonable and prudent manner

EXHIBIT A

with due regard to other persons then and there lawfully upon said roadway, such as the Plaintiff.

6.    Defendant WMATA, acting by and through its agent, servant, and/or employee, Ebony Alexander, breached the duties owed to the Plaintiff, Hazel Brown. The collision referred to herein was caused by the negligence of Defendant WMATA's agent, servant, and/or employee who, inter alia, failed to maintain a proper distance between the Metrobus and the Plaintiff's vehicle, failed to pay full time and attention, failed to maintain a proper lookout, failed to operate the Metrobus at a safe and reasonable speed, failed to maintain control of the Metrobus, failed to operate the Metrobus so as to avoid a collision, and failed to obey the rules and regulations of the Commonwealth of Virginia, then and there in full force and effect. At all times mentioned herein, Plaintiff was free of negligence and/or contributory negligence.

7.    As a direct and proximate result of the Defendant's aforesaid negligence, Plaintiff Hazel Brown suffered injuries and damages, including, but not limited to: a traumatic brain injury with cognitive deficits; post-traumatic stress disorder; multiple cervical and lumbar disc herniations with cervical cord compression and deformation at C4-C7 requiring surgery; a left and right hip labral tear; temporomandibular joint disorder; and abdominal and left ankle contusions; she has

3

EXHIBIT A

incurred, and will continue to incur, medical and hospital
expenses in an effort to care for her injuries; she has
suffered, and will in the future suffer, a loss of earnings
and/or earning capacity; she has incurred costs to repair
property damage to her vehicle and rental car expenses; and she
has suffered, and will in the future suffer, great pain of body
and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Hazel Brown demands judgment of and
against Defendant Washington Metropolitan Transit Area
Authority in the full amount of Five Million Dollars
($5,000,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA
& SIEGEL, P.C.**

/s/ Joseph Cammarata
Joseph Cammarata
D.C. Bar No. 389254
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
*Attorneys for Plaintiff*

### JURY DEMAND

Plaintiff hereby requests a trial by jury as to all issues
triable herein.

/s/ Joseph Cammarata
Joseph Cammarata

4

EXHIBIT A